| | | | |
|---|---|---|---|
| Debtor 1 | **James** First Name | **B** Middle Name | **Crowe** Last Name |
| Debtor 2 (Spouse if, filing) | **Rachel** First Name | **C** Middle Name | **Crowe** Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA WESTERN DIVISON-TUSCALOOSA

Case number (if known): **18-71931**

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ 187,740.30

   1b. Copy line 62, Total personal property, from Schedule A/B......................................................... $ 435,535.33

   1c. Copy line 63, Total of all property on Schedule A/B................................................................... $ 623,275.63

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 212,693.23

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ 104,451.14

   **Your total liabilities** $ 317,144.37

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................. $ 5,653.99

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*......................................................... $ 4,917.99

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. What kind of debt do you have?

   ■ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

Debtor 1 **James B Crowe**
Debtor 2 **Rachel C Crowe**          Case number *(if known)* **18-71931**

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

    $ **10,281.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

    | From Part 4 on *Schedule E/F*, copy the following: | Total claim |
    |---|---|
    | 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
    | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
    | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
    | 9d. Student loans. (Copy line 6f.) | $ 0.00 |
    | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
    | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
    | 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **B** | **Crowe** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rachel** | **C** | **Crowe** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA WESTERN DIVISON-TUSCALOOSA

Case number  18-71931

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**1303 Oakley Street**
Street address, if available, or other description

**Randolph**    **AL**    **36792-0000**
City                 State        ZIP Code

**Bibb**
County

What is the property? Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$165,000.00**
Current value of the portion you own? **$165,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**3 Bedroom, 2 bathrooms, 1800 sq. foot plus 14.7 acres of land**

| Debtor 1 | James B Crowe |
|---|---|
| Debtor 2 | Rachel C Crowe |

Case number (if known) 18-71931

**1.2 If you own or have more than one, list here:**

Street address, if available, or other description

City: Lawley  State: AL  ZIP Code: ___

County: Perry

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

40 acres NW 1/4 of SE 1/4 SE 22-T2 IN-R10E DB 377 PG 588 WILL BOOK K PG 140 DB 523 PG 362 DB 523 PG 668 DB 391 PG 505 DB 531 PG 761 DB 618 PF 127
unimproved acres, no utilites, no road access
Property owned with 2 other Siblings

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$68,910.00**
Current value of the portion you own? **$22,740.30**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................=> **$187,740.30**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ■ Yes

**3.1**
Make: Chevrolet
Model: Silverado
Year: 2005
Approximate mileage: 182000
Other information:
Location: 1303 Oakley Station Road, Randolph AL 36792

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$4,000.00**
Current value of the portion you own? **$4,000.00**

**3.2**
Make: Chevrolet
Model: K10
Year: 1985
Approximate mileage: 288000
Other information:
Location: 1303 Oakley Station Road, Randolph AL 36792

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$400.00**
Current value of the portion you own? **$400.00**

Debtor 1  James B Crowe
Debtor 2  Rachel C Crowe                                          Case number (if known) 18-71931

| 3.3 | Make: Honda<br>Model: Accord<br>Year: 2018<br>Approximate mileage:<br>Other information: | Who has an interest in the property? Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>■ Check if this is community property<br>(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>Current value of the entire property?   Current value of the portion you own?<br><br>$25,000.00                       $25,000.00 |
|---|---|---|---|
| 3.4 | Make: 2013<br>Model: Ford<br>Year: Explorer<br>Approximate mileage: 102296<br>Other information:<br>Location: 1303 Oakley Station Road, Randolph AL 36792 | Who has an interest in the property? Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this is community property<br>(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>Current value of the entire property?   Current value of the portion you own?<br><br>$12,700.00                       $12,700.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>   $42,100.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?   Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | stove, refrigerator, washer, dryer, microwave, cooking utensils, flartware, pans, living room set, bedroom set, lamps and accessories<br>Location: 1303 Oakley Station Road, Randolph AL 36792 | $520.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | computer, cell phones, Tvs | $350.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes. Describe.....

| rifle and shotgun | $100.00 |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| clothes and accessories<br>Location: 1303 Oakley Station Road, Randolph AL 36792 | $300.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| wedding rings and mis jewlery<br>Location: 1303 Oakley Station Road, Randolph AL 36792 | $500.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes. Give specific information.....

| carpenter and mechanics tools, lawnmower and yard tools<br>Location: 1303 Oakley Station Road, Randolph AL 36792 | $475.00 |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  **$2,245.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

*Current value of the portion you own? Do not deduct secured claims or exemptions.*

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes............................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................  Institution name:

| | 17.1. | Checking | **Trustmark Bank** | $200.00 |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................  Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes. Give specific information about them...................
Name of entity:                                 % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
Type of account:          Institution name:

| | **401K** | **401k through employer** | **$40,990.33** |
|---|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................  Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............  Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No

■ Yes. Give specific information about them...

| | Current value of the portion you own? |
|---|---|
| **State of Alabama Insurance License**<br>**P&C and Life and Heath** | $0.00 |
| **State of Alabama Cosmetology License**<br>**Managing Cosmetologist** | $0.00 |

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **State Farm Term Life Insurance** | husband | $100,000.00 |
| **State Farm Insurance Term Life** | wife | $250,000.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

| Debtor 1 | James B Crowe | | | |
|---|---|---|---|---|
| Debtor 2 | Rachel C Crowe | | Case number *(if known)* | 18-71931 |

| Debtor 2 has a potential claim against her former employer, State Farm for sexual harassment, assault, wrongful termination and other state and federal law claims, including but limited to EEOC. | Unknown |
|---|---|

35. Any financial assets you did not already list
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................ **$391,190.33**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 ................................................................................................................. | | | $187,740.30 |
| 56. Part 2: Total vehicles, line 5 | $42,100.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $2,245.00 | | |
| 58. Part 4: Total financial assets, line 36 | $391,190.33 | | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. Total personal property. Add lines 56 through 61... | $435,535.33 | Copy personal property total | $435,535.33 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $623,275.63 |

| | | |
|---|---|---|
| Fill in this information to identify your case: | | |
| Debtor 1 | James B Crowe | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | Rachel C Crowe | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA WESTERN DIVISON-TUSCALOOSA | |
| Case number (if known) | 18-71931 | ☐ Check if this is an amended filing |

# Official Form 106C
# Schedule C: The Property You Claim as Exempt  4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **1303 Oakley Street Randolph, AL 36792 Bibb County**<br>3 Bedroom, 2 bathrooms, 1800 sq. foot plus 14.7 acres of land<br>Line from *Schedule A/B*: **1.1** | $165,000.00 | ☑ $8,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-2, 6-10-3, 6-10-4, 6-10-12; Const. Art. X, § 205 |
| **2005 Chevrolet Silverado 182000 miles**<br>Location: 1303 Oakley Station Road, Randolph AL 36792<br>Line from *Schedule A/B*: **3.1** | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **1985 Chevrolet K10 288000 miles**<br>Location: 1303 Oakley Station Road, Randolph AL 36792<br>Line from *Schedule A/B*: **3.2** | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **stove, refrigerator, washer, dryer, microwave, cooking utensils, flartware, pans, living room set, bedroom set, lamps and accessories**<br>Location: 1303 Oakley Station Road, Randolph AL 36792<br>Line from *Schedule A/B*: **6.1** | $520.00 | ☑ $520.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

| Debtor 1 | James B Crowe | | | Case number (if known) | 18-71931 |
| --- | --- | --- | --- | --- | --- |
| Debtor 2 | Rachel C Crowe | | | | |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
| --- | --- | --- | --- |
| computer, cell phones, Tvs<br>Line from Schedule A/B: **7.1** | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| rifle and shotgun<br>Line from Schedule A/B: **10.1** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| clothes and accessories<br>Location: 1303 Oakley Station Road, Randolph AL 36792<br>Line from Schedule A/B: **11.1** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| wedding rings and mis jewlery<br>Location: 1303 Oakley Station Road, Randolph AL 36792<br>Line from Schedule A/B: **12.1** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| carpenter and mechanics tools, lawnmower and yard tools<br>Location: 1303 Oakley Station Road, Randolph AL 36792<br>Line from Schedule A/B: **14.1** | $475.00 | ☑ $475.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Checking: Trustmark Bank**<br>Line from Schedule A/B: **17.1** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **401K**: 401k through employer<br>Line from Schedule A/B: **21.1** | $40,990.33 | ☑ $40,990.33<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 19-3B-508 |
| **State Farm Term Life Insurance**<br>Beneficiary: husband<br>Line from Schedule A/B: **31.1** | $100,000.00 | ☑ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| **State Farm Insurance Term Life**<br>Beneficiary: wife<br>Line from Schedule A/B: **31.2** | $250,000.00 | ☑ $250,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| Debtor 2 has a potential claim against her former employer, State Farm for sexual harassment, assault , wrongful termination and other state and federal law claims, including but limited to EEOC.<br>Line from Schedule A/B: **34.1** | Unknown | ☑ $8,655.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 2 of 3

**LIQUIDATION ANALYSIS**

| | |
|---|---|
| SCHEDULE A | $187,740.30 |
| SCHEDULE B | +72,835.33 |
| TOTAL: | 260,575.63 |
| LESS: | |
| COST OF SALE ($260,575.63 x6% real estate commission = $15,634.53) | $15,634.53 |
| MORTGAGE LIEN | $156,700.00 |
| TRUSTEE FEE | $3,034.03 |
| HOMESTEAD EXEMPTION – ALA CODE §6-10-2 | $8,300.00 |
| RETIREMENT ACCOUNT EXEMPTION – 11 U.S.C. 522 (b)(3)(C) | $40,990.33 |
| PERSONAL PROPERTY EXEMPTION – ALA CODE §6-10-6 | $6,845.00 |
| **MINIMUM DUE UNSECURED CREDITORS:** | **$29,828.44** |

# Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | James B Crowe | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Rachel C Crowe | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA WESTERN DIVISON-TUSCALOOSA | | |
| Case number (if known) | 18-71931 | | |

■ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ James B Crowe                               X /s/ Rachel C Crowe
James B Crowe                                        Rachel C Crowe
Signature of Debtor 1                                Signature of Debtor 2

Date 2-18-2019                                       Date 2/18/19

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 18-71931-JHH13    Doc 58    Filed 02/19/19    Entered 02/19/19 10:54:01    Desc Main
                                 Document    Page 13 of 16

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

IN RE: )
                                      )       **CASE NO. 18-71931-JHH**

JAMES B. CROWE AND )
RACHEL C. CROWE, )
           DEBTORS. )

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the foregoing *Amended Schedules* has been served upon the creditor matrix and the following by placing a copy of same in the United States mail, properly addressed and first-class postage prepaid OR via the Court's electronic mailing service (CM/ECF) on this the 19th of February 2019.

C. David Cottingham
Chapter 13 Standing Trustee
P. O. Drawer 020588
Tuscaloosa, AL 35402
dcottingham13@ecf.epiqsystems.com, via CM/ECF Noticing Service
dcottingham@ch13tuscaloosa.com, via CM/ECF Noticing Service

Creditor Matrix

                                                     /s/ S. Scott Allums
                                                   Of Counsel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-7<br>Case 18-71931-JHH13<br>NORTHERN DISTRICT OF ALABAMA<br>Tuscaloosa<br>Tue Feb 19 09:59:42 CST 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U. S. Bankruptcy Court<br>2005 University Blvd., Room 2300<br>Tuscaloosa, AL 35401-1546 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Care Credit Synchrony<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Chase Cardmember Service<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 |
| Chase Cardmember Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Citicards<br>Citicorp Credit Services<br>P.O. Box 79040<br>Saint Louis, MO 63179 | Drive Time<br>2205-A Pelham Pkwy.<br>Pelham, AL 35124-1314 |
| (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 | Gateway Mortgage Corp.<br>Attn: Bankrupcty Dept.<br>244 S Gateway Place<br>Jenks, OK 74037-3448 | Gateway Mortgage Group, LLC<br>244 South Gateway Place<br>Jenks, OK 74037-3448 |
| Gateway, Inc.<br>7565 Irvine Center Drive<br>Irvine, CA 92618-4933 | Honda Financial Services<br>200 Little Falls Drive<br>Wilmington, DE 19807 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James Markham<br>Key, Greer, Harrison<br>P.O.Box 360345<br>Birmingham, AL 35236-0345 | Kay Johnson<br>580 County Road 775<br>Montevallo, AL 35115-9361 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Mutual Savings Credit Union<br>Attn: Bankrupty Department<br>P.O.Box 362045<br>Birmingham, AL 35236-2045 | Mutual Savings Credit Union<br>P. O. Box 362045<br>Birmingham, AL 35236-2045 | PayPal Credit<br>P.O.Box 5138<br>Lutherville Timonium, MD 21094-5138 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prosper Marketplace<br>221 Main Street #300<br>San Francisco, CA 94105-1909 | Prosper Marketplace Inc<br>P.O. Box 396081<br>San Francisco, CA 94139-6081 |
| Raush, Sturm, Israel, Enerson and Hornik<br>P.O.Box 312277<br>Enterprise, AL 36331-2277 | Regions Bank<br>1900 - 5th Ave., No.<br>Birmingham, AL 35203-2670 | Regions Bank<br>Attn: Bankruptcy<br>P.O. Box 10063<br>Birmingham, AL 35202-0063 |
| Regions Bank<br>Credit Information Dept<br>P.O.Box 10063<br>Birmingham, AL 35202-0063 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | State Farm Bank<br>P. O. Box 2316<br>Bloomington, IL 61702-2316 |

| State Farm Bank | State Farm Bank | State Farm Financial Services |
|---|---|---|
| P.O.Box 2313 | c/o Becket and Lee LLP | Three State Farm Plaza, N-3 |
| Bloomington, IL 61702-2313 | PO Box 3001 | Bloomington, IL 61791-0002 |
| | Malvern PA 19355-0701 | |

| State of Alabama | U. S. Attorney | Verizon |
|---|---|---|
| Legal Division Dept. of Revenue | 1801 Fourth Avenue, North | by American InfoSource as agent |
| P.O. Box 320001 | Birmingham, AL 35203-2101 | PO Box 248838 |
| Montgomery, AL 36132-0001 | | Oklahoma City, OK 73124-8838 |

| Verizon Wireless | C David Cottingham | James B Crowe |
|---|---|---|
| PO Box 660108 | Chapter 13 Standing Trustee | 1303 Oakley Station Road |
| Dallas, TX 75266-0108 | 701 22nd Avenue, Suite 4 | Randolph, AL 36792-5324 |
| | P O Drawer 020588 | |
| | Tuscaloosa, AL 35402-0588 | |

| Rachel C Crowe | S Scott Allums | |
|---|---|---|
| 1303 Oakley Station Road | 506 North 18th Street | |
| Randolph, AL 36792-5324 | Bessemer, AL 35020-4818 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| American Honda Finance Corporation | Freedom Plus | Portfolio Recovery Associates, LLC |
|---|---|---|
| National Bankruptcy Center | Atn: Bankruptcy | POB 41067 |
| P.O. Box 168088 | 1875 S. Grant St, STE 450 | Norfolk VA 23541 |
| Irving, TX 75016-8088 | San Mateo, CA 94402 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)American Honda Finance Corp | (u)Gateway Mortgage Group, LLC | (d)PRA Receivables Management, LLC |
|---|---|---|
| Kent D. McPhail | | PO Box 41021 |
| | | Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43