Debtor: CROWE, JAMES B
　　　　　CROWE, RACHEL C

Debtor Present?　(✓) Yes　( ) No

Attorney: S. SCOTT ALLUMS

Attorney Present?　(✓) Yes　( ) No

Debtor Employer: PAY DIRECT BY DEBTOR

D.O. Sent:

Joint Employer:

D.O. Sent:

Petition Filed: 11/27/2018

Plan: ~~1,200.00~~ MONTHLY
736 MO

Amended 1/10/19 to $736.00/mo
2/19/19

Continue to _____

CONFIRMATION:　( ) RECOMMENDED WITH MODIFICATIONS
　　　　　　　　(✓) RECOMMENDED

736
$ ~~1200~~　　( ) Per Week　( ) Bi-Weekly
　　　　　　　( ) Semi-Monthly　(✓) Per Month

for 60 months per plan summary

( ) 100% TO UNSECURED

_____ % Interest to Unsecured Creditors

(✓) Composition: _____ % to Secured

　　　　　　　_____ % to Unsecured
32,895.90　~~5400~~　Pot Plan Amount
　　　　　　　_____ Base Plan Amount

Atty Fee: S. SCOTT ALLUMS

Total: $ 3750　　Prepaid: $ 350

( ) Other: $ _____ + ___ x $ _____

(✓) Administrative Order

X _____

Questions Asked:

| | | | Remarks |
|---|---|---|---|
| Sold Property | ( ) Yes | (✓) No | |
| Lawsuits | ( ) Yes | (✓) No | |
| Listed all debts | (✓) Yes | ( ) No | |
| Listed all assets | (✓) Yes | ( ) No | |
| Tax returns filed | (✓) Yes | ( ) No | |
| Owes child support | ( ) Yes | (✓) No | |
| IRA | ( ) Yes | (✓) No | |

(X) Mortgage debt to GATEWAY INC shall be paid direct beginning

Case: 18-71931-JHH-13        341 MEETING BENCH SHEET

## TO BE PAID THROUGH TRUSTEE

| Claim # | Creditor Name | Amt Filed | APP | Secured | Monthly Payment | Interest |
|---|---|---|---|---|---|---|
| | GATEWAY INC | 0.00 | 0.00 | ( X ) | | |

## CONTINUING CLAIMS

## DEBTS TO BE PAID DIRECT

| Claim # | Creditor Name | Amount Filed |
|---|---|---|
| | GATEWAY INC | 156,700.00 |
| | HONDA FINANCIAL SERVICES | 40,000.00 |

The Trustee's Confirmation Report and Recommendation (Trustee's 341 Meeting Bench Sheet) sets out only the specific modifications made pursuant to Administrative Order 17-7, part III. 3. All other provisions of the most recently filed plan remain in full force and effect.

AGREED:

_____   DATE: _____

Attorney For Debtor

※ Add 17-07 language – Part 2.4