IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA,
WESTERN DIVISION

IN RE:                                    BK 18-71931-JHH-13
JAMES B. CROWE
Social Security No. XXX-XX-8012
RACHEL C. CROWE
Social Security No. XXX-XX-4397
        Debtor.

## CONFIRMATION ORDER

The above debtor(s) (the "Debtor") filed a chapter 13 plan on February 19, 2019, which was modified by the trustee's report and recommendation filed on March 22, 2019 in accordance with Administrative Order No. 17-07 (as modified, the "Plan"). After sufficient notice and opportunity for all parties to be heard, and based on the trustee's review and recommendation and the record before the court, the court finds that the Plan meets the requirements of 11 U.S.C. § 1325 and approves the withdrawal of the trustee's objections to confirmation. Accordingly, it is ORDERED:

1. Confirmation. The Plan is confirmed with the following modifications:

    a. [Section 2.4] The section lists a sequence of payments for proceeds of estate causes of action and erroneously references Administrative Order No. 17-06 (which is not applicable). The section is corrected to reference Administrative Order No. 17-07.

2. Attorney's Fee. The Debtors' attorney is awarded a fee in the amount of $3,750.00, of which $3,400.00 is due and payable from the estate.

3. Dismissal. If this case is dismissed, any monies received by the chapter 13 trustee prior to the order of dismissal shall be distributed according to the Plan. Any monies received after an order of dismissal shall be distributed to the Debtor.

4. Relief from Stay and Co-Debtor Stay. If the Debtor elected, in Section 3.5 of the Plan, to surrender collateral securing a creditor's claim, then (a) the stay under 11 U.S.C. § 362(a) is terminated as to the collateral only, and (b) the stay under 11 U.S.C. § 1301(a) is terminated in its entirety as to any co-debtor duly served with the Plan.

    **DONE** this the 1st day of April 2019.

                                           /s/ JENNIFER H. HENDERSON
                                           UNITED STATES BANKRUPTCY JUDGE